ADELBERT G. SERGENT, Appellant, *v.* THE LIVERPOOL AND LONDON AND GLOBE INSURANCE COMPANY, Respondent.

*Sergent* v. *Liverpool & London & Globe Ins. Co.,* 120 App. Div. 904, reversed.

(Argued October 13, 1908; decided November 10, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered August 6, 1907, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of fire insurance.

*Andrew G. Washbon* for appellant.

*Charles D. Thomas* for respondent.

Judgment reversed and new trial granted, costs to abide event, on authority of same case (155 N. Y. 349).

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ. Not voting: GRAY, J.